# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILMA ONAFALUJO,** | : | CIVIL ACTION NO. 1:18-CV-408 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **D&K AUTO SALES & SERVICES, LLC,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 8th day of April, 2019, upon consideration of the motion (Doc. 23) for default judgment filed by plaintiff Wilma Onafalujo ("Onafalujo"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Onafalujo's motion (Doc. 23) for default judgment is GRANTED.

2. The Clerk of Court shall enter judgment in favor of Onafalujo and against defendant D&K Auto Sales & Services, LLC, as follows:

    a. Damages in the following amounts, plus interest: $1,635.00 on Count I; $1,567.50 on Count II; and $1,400.00 on Count III.

    b. Attorney's fees in the amount of $9,405.50.

    c. Costs in the amount of $474.19.

3. The Clerk of Court shall thereafter close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania