# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| WILMA ONAFALUJO,<br>*Plaintiff*<br>v.<br>D&K AUTO SALES & SERVICES, LLC,<br>*Defendant* | Civil Action No. 1:18-CV-0408<br>(Chief Judge Conner) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: DEFAULT JUDGMENT be and is hereby ENTERED in favor of plaintiff WILMA ONAFALUJO, and against defendant D&K AUTO SALES & SERVICES, LLC, as follows: a. Damages in the following amounts, plus interest: $1,635.00 on Count I; $1,567.50 on Count II; and $1,400.00 on Count III.; b. Attorney's fees in the amount of $9,405.50.; c. Costs in the amount of $474.19., in accordance with the court's order (Doc. 29), dated April 8, 2019.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge Chief Judge Christopher C. Conner

MOTION FOR DEFAULT JUDGMENT

Date: Apr 8, 2019

*CLERK OF COURT* PETER WELSH, Acting Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*